# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FELICIA KOCH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. CIV-13-0750-HE |
| | ) | |
| DAVID JUBER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs, eleven women who were inmates at the Mabel Bassett Correctional Center ("Mabel Bassett") in Oklahoma, filed this § 1983 action against the Oklahoma Department of Corrections and five Mabel Bassett employees, alleging violations of their Eighth and Fourteenth Amendment rights and state law. Defendants Millicent Newton-Embry and Carla King filed a motion to dismiss and plaintiffs were granted leave to amend their complaint instead of responding to the defendants' motion. As plaintiffs have now filed their Second Amended Complaint, defendants' motion to dismiss [Doc. #24] is **STRICKEN** as being **MOOT**.

**IT IS SO ORDERED**.

Dated this 31st day of January, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE