IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FELICIA KOCH, *et al.*, | ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | NO. CIV-13-0750-HE |
| DAVID JUBER, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

On October 3, 2014, the Oklahoma Department of Corrections ("DOC") filed a motion to quash a subpoena duces tecum issued by plaintiffs. The DOC stated in its motion that the parties were attempting to resolve a proposed protective order that might eliminate some of its objections to the requested materials. However, the parties have not submitted a proposed protective order to the court and plaintiffs have not responded to the DOC's motion, which is now deemed confessed. LCvR.7.1(g).

Accordingly, the DOC's motion to quash is **GRANTED**.

**IT IS SO ORDERED**.

Dated this 4th day of November, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE