IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) FELICIA KOCH,<br>2) AMBER BLEVINS,<br>3) ASHLEY BOLDING,<br>4) CANDICE BUCHANAN,<br>5) STACY DIMAS-OLSEN,<br>6) NICHOLE ESTES,<br>7) JESSICA JAMES<br>8) MELISSA NELSON<br>9) HEATHER WEBER,<br>10) ELLY WRIGHT,<br>11) CARMILE SULVETTA,<br>        Plaintiffs,<br>vs.<br><br>1) OFFICER DAVID JUBER, Individually and as an officer of Mabel Bassett Correctional Center;<br>2) JAMIE BAKER, in his individual capacity;<br>3) GILBERT DILDINE, in his individual capacity;<br>4) MILLICENT NEWTON-EMBRY, in her individual and Official Capacity;<br>5) CARLA KING, in her individual and Official Capacity;<br>6) OKLAHOMA DEPARTMENT OF CORRECTIONS,<br>        Defendants. | Case No. CIV-13-750-HE |

**PLAINTIFF'S EXCERPTS OF THE DEPOSITION TESTIMONY OF ELLY WRIGHT**

COMES NOW the Plaintiffs, by and through their attorneys of record, designates and offers as evidence the deposition excerpts, attached hereto, from the deposition of Elly Wright.

Plaintiffs intend to file a Writ of Habeas Corpus Ad Testificandum in order to have this witness testify in person at trial. The designation is being offered in the event the Writ is denied.

Respectfully submitted,

**Taylor, Foster, Mallett, Downs,
  Ramsey & Russell**
A Professional Corporation

*s/ Bradley H. Mallett*
STRATTON TAYLOR, OBA# 10142
BRADLEY H. MALLETT, OBA # 15810
MARK H. RAMSEY, OBA # 11159
CLINT RUSSELL, OBA # 19209
400 West Fourth Street
P.O. Box 309
Claremore, OK 74018
918/343-4100
918/343-4900 facsimile
bmallett@soonerlaw.com
Staylor@soonerlaw.com
mramsey@soonerlaw.com
crussell@soonerlaw.com
***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

Richard N. Mann, OBA # 11040
Justin P Grose, OBA # 31073
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
405-521-3921
405-521-4518 - fax
Richard.mann@oag.ok.gov
Justin.grose@oag.ok.gov
*Attorney for Defendants*
*Millicent Newton-Embry & Carla King*
*& Oklahoma Department of Corrections*


                                               *s/ Bradley H. Mallett*_____

## EXCERPTS FROM ELLY WRIGHT DEPOSITION

| Pages | Lines |
|:---:|:---:|
| 18 | 8-25 |
| 19 | 1-25 |
| 20 | 1-25 |
| 21 | 1-12 |
| 28 | 24-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 33 | 1-3 |
| 37 | 20-25 |
| 38 | 1-25 |
| 39 | 1-4 |
| 43 | 1-25 |
| 44 | 1-25 |
| 45 | 1-25 |
| 46 | 1-25 |
| 47 | 1-25 |
| 48 | 1-25 |
| 49 | 1-25 |
| 50 | 1-25 |
| 51 | 1-25 |
| 52 | 1-17 |
| 53 | 7-25 |
| 54 | 1-25 |
| 55 | 1-25 |
| 56 | 1-25 |

| | |
|---|---|
| 57 | 1-25 |
| 58 | 1-25 |
| 59 | 1-25 |
| 60 | 1-25 |
| 61 | 1-19 |
| 67 | 17-25 |
| 68 | 1-25 |
| 69 | 1-25 |
| 70 | 1-25 |
| 71 | 1-25 |
| 72 | 1-25 |
| 73 | 1-25 |
| 74 | 1-25 |
| 75 | 1-25 |
| 76 | 1-25 |
| 77 | 1-25 |
| 78 | 1-25 |
| 79 | 1-25 |
| 80 | 1-25 |
| 81 | 1-25 |
| 82 | 1-25 |
| 83 | 1-25 |
| 84 | 1-25 |
| 85 | 1-25 |
| 86 | 1-25 |
| 87 | 1-12, 22-25 |
| 88 | 1-25 |
| 89 | 1-25 |
| 90 | 1-25 |

| | |
|---|---|
| 91 | 1-25 |
| 92 | 1-25 |
| 93 | 1-25 |
| 94 | 1-25 |
| 95 | 1-25 |
| 96 | 1-25 |
| 97 | 1-25 |
| 98 | 1-25 |
| 99 | 1-25 |
| 100 | 1-20 |
| 145 | 16-25 |
| 146 | 1-25 |
| 147 | 1-25 |
| 148 | 1-25 |
| 149 | 1-25 |
| 150 | 1-25 |
| 151 | 1-25 |
| 152 | 1-25 |
| 153 | 1-25 |
| 154 | 1-25 |
| 155 | 1-25 |
| 156 | 1-25 |
| 157 | 1-3 |