## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FELICIA KOCH, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO.  CIV-13-0750-HE |
| | ) | |
| DAVID JUBER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the court's June 28, 2016, order and the order entered this date, judgment is entered in favor of defendants Millicent Newton-Embry and Carla King and against plaintiffs and plaintiffs' claims against defendant Jamie Baker are dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 18th day of  November, 2016.


_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE